AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
                              ☐ SUPERSEDING

── OFFENSE CHARGED ──

Title 18 U.S.C. Section 641 - Theft of Government Property
(Class A Misdemeanor)

**E-filing**

☐ Petty
☐ Minor
☒ Misde-meanor
☐ Felony

PENALTY:  1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION    JUN 13 2008

**FILED**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

── DEFENDANT - U.S ──

▶ DANNY HAMILTON

DISTRICT COURT NUMBER

**08-395    WDB**

── PROCEEDING ──

Name of Complaintant Agency, or Person (& Title, if any)

Dept. of Homeland Security Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Joseph P. Russoniello

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Maureen C. Bessette

── DEFENDANT ──

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges        } ☐ Federal  ☐ State

  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No      } If "Yes" give date filed _____

DATE OF ARREST ▶        Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

2547 Chanslor Avenue, Richmond, CA 94804

Date/Time: July 23, 2008    Before Judge: Brazil

Comments:

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3

4

5  E-filing

6

7

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  OAKLAND DIVISION

12  UNITED STATES OF AMERICA,          )   No. CR08-395 WDB
                                       )
13       Plaintiff,                    )   VIOLATION: Title 18, United States Code,
                                       )   Section 641 - Theft of Government Property
14       v.                            )   (Class A Misdemeanor)
                                       )
15  DANNY HAMILTON,                    )
                                       )
16       Defendant.                    )   OAKLAND VENUE
    _____)

17

18

19                     I N F O R M A T I O N

20  The United States Attorney charges:

21      On or about and between September 2005 and January 2006, in the Northern District of

22  California, the defendant,

23                          DANNY HAMILTON,

24  did knowingly embezzle, steal, purloin, and convert to his own use money of the United States or

25  a department and agency thereof, to wit: Federal Emergency Management Agency disaster

26  assistance benefits, and did receive, conceal, and retain such money with the intent to convert it

27  to his gain, knowing it to have been embezzled, stolen, purloined, and converted, in violation of

28  ///

INFORMATION

1    Title 18, United States Code, Section 641, a Class A Misdemeanor.

2

3    DATED: _JUNE 12, 2008_                        JOSEPH P. RUSSONIELLO
                                                   United States Attorney
4

5                                                  _W. _____
                                                   W. DOUGLAS SPRAGUE
6                                                  Assistant United States Attorney
                                                   Chief, Oakland Branch
7

8    (Approved as to form)

9                                                  MAUREEN BESSETTE
                                                   Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION