JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| DANNY HAMILTON, ) | |
| Defendant. ) | |

   Based on the facts set forth in the Declaration of Darien Meyer in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Danny Hamilton. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6/13/08

_____
MAUREEN BESSETTE
Assistant United States Attorney

MOTION FOR SUMMONS

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN202121)
3  Chief, Oakland Branch

4  MAUREEN BESSETTE (NYSBN 246854)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3680
7  Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   Case No.
                                       )
14        Plaintiff,                   )
                                       )   **DECLARATION Of DARIEN MEYER
15     v.                              )   IN SUPPORT OF UNITED STATES'
                                       )   MOTION FOR SUMMONS**
16 DANNY HAMILTON,                     )
                                       )
17                                     )
          Defendant.                   )
18 _____)

19    I, Darien Meyer, hereby declare as follows:

20    1. I am a Law Clerk in the United States Attorney's Office assigned to this case. I have

21 received the following information from agents employed by the Department of Homeland

22 Security Office of the Inspector General (DHS OIG) and from reports and other documents

23 provided to me by the DHS OIG.

24    2. Hurricane Katrina made landfall in the southeastern United States on August 29, 2005.

25 On or about September 15, 2005, defendant Danny Hamilton ("Hamilton") contacted the Federal

26 Emergency Management Agency (FEMA) and applied for Hurricane Katrina disaster assistance

27 by providing the following false information: (1) his primary residence was 3611 2nd Street,

28 Apartment A, New Orleans, LA 70125; (2) his residence and personal property were damaged by

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

Hurricane Katrina; (3) access to his residence was restricted due to the disaster; (4) he had disaster-related essential needs for food, clothing, and shelter; and (5) he or his family members lost work or became unemployed due to the disaster.

3. When Hamilton applied for FEMA disaster assistance, he in fact resided at 22 Circle Court, Unit 44, Richmond, CA 94801. The proof that he resided in Richmond, California, rather than New Orleans, Louisiana, is the following: (1) statements made by witnesses that Hamilton was living in Richmond, CA before, during, and after Hurricane Katrina hit New Orleans; (2) Hamilton's employment records showing that from January 6, 2005 through April 25, 2005 Hamilton was employed by Certified Safety Specialists LLC ("CSS") and listed his address as 231 South 45th, Richmond, CA 94804; (3) IRS records showing that Hamilton listed Richmond, CA addresses on both his 2004 and 2005 W-4 forms; (4) statements made by Hamilton's mother and brother that he did not live with them at 3611 2nd Street, Apartment A, New Orleans, LA 70125; (5) Hamilton's mother's FEMA application for Hurricane Katrina relief funds showing that she claimed that the occupants of 3611 2nd Street, New Orleans, LA were herself and four other family-members, but not the Defendant; and (6) Hamilton's own admission that he was residing in Richmond, CA when Hurricane Katrina hit New Orleans, LA.

4. On September 17, 2005, FEMA mailed Hamilton a letter that confirmed his application for Hurricane Katrina disaster assistance and asked him to certify that the information he provided to FEMA was correct. On October 12, 2005, Hamilton signed and returned to FEMA Form 90-69B, which certified as correct all the information he provided to FEMA, including his falsified New Orleans address.

5. Hamilton subsequently received disaster relief funds from FEMA in the amount of $20,443.51.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my

///
///
///
///

knowledge and belief.

Executed June 6, 2008, at Oakland, California.

DATED: June 12, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Darien M. Meyer*

DARIEN M. MEYER
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
-3-

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
2  United States Attorney
3
4
5
6
7           UNITED STATES DISTRICT COURT
8           NORTHERN DISTRICT OF CALIFORNIA
9           OAKLAND DIVISION
10 UNITED STATES OF AMERICA,           )    Case No.
                                       )
11      Plaintiff,                     )
                                       )
12   v.                                )    **[PROPOSED] ORDER FOR SUMMONS**
                                       )
13 DANNY HAMILTON,                     )
                                       )
14                                     )
        Defendant.                     )
15 _____)
16
17     Having reviewed the Declaration of Darien Meyer, the Court finds that probable cause exists
18 to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
19 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Danny
20 Hamilton, to appear on July 23, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to
21 answer the Information that has been filed by the United States Attorney.
22
23     IT IS SO ORDERED.
24
   Dated: _____            _____
25                                          WAYNE D. BRAZIL
                                            United States Magistrate Judge
26
27
28

ORDER FOR SUMMONS