

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*  (510) 637-3680
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*  FAX (510) 637-3724

June 13, 2008

VIA E-FILING

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

    Re:    <u>United States v. Danny Hamilton</u>, CR-08-0396-WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on July 23, 2008 for an initial appearance and arraignment.

    Very Truly Yours,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    DARIEN M. MEYER
    Law Clerk