JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No.  CR-08-00395-WDB |
| )  Plaintiff,                                              ) | |
| )  v.                                                           ) | **ORDER FOR SUMMONS** |
| )  DANNY HAMILTON,                             ) | |
| )  Defendant.                                           ) | |

Having reviewed the Declaration of Darien Meyer, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Danny Hamilton, to appear on July 23, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: June 17, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

ORDER FOR SUMMONS