1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant U.S. Attorney
5

6  1301 Clay Street, Suite 340S
   Oakland, California 94612
7  Telephone: (510) 637-3691
   Fax: (510) 637-3724
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13
14  UNITED STATES OF AMERICA,        )
                                     )   Case No. CR-08-395-WDB
15        Plaintiff,                 )
                                     )
16     v.                            )   **MOTION FOR BENCH WARRANT**
                                     )
17  DANNY HAMILTON                   )
                                     )
18        Defendant.                 )
                                     )
19                                   )

20        Based on the facts set forth in the Declaration of Darien M. Meyer, the United States

21  moves for the issuance of a bench warrant for the defendant Danny Hamilton. The facts

22  contained in the declaration establish that the defendant has failed to appear in court for his initial

23  appearance after receiving a summons. The facts further establish that there is probable cause to

24  believe that the defendant, Danny Hamilton, has committed the crimes with which he has been

25  charged.

26  //

27  //

28  //

MOTION FOR BENCH WARRANT
Case No. CR-08-395-WDB

Thus, the United States respectfully requests that the Court issue a no bail warrant for Danny Hamilton, in order to assure his appearance in court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 7/24/08

MAUREEN C. BESSETTE
Assistant U.S. Attorney

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant U.S. Attorney
5

6  1301 Clay Street, Suite 340S
   Oakland, California 94612
7  Telephone: (510) 637-3691
   Fax: (510) 637-3724
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14                                    )   Case No. CR-08-395-WDB
                                      )
15  UNITED STATES OF AMERICA,         )   Violations: 18 U.S.C. 641 - Theft of Public
                                      )   Money, Property, or Records (Class A
16              Plaintiff,            )   Misdemeanor)
                                      )
17        v.                          )   **DECLARATION OF DARIEN M.
                                      )   MEYER IN SUPPORT OF UNITED
18  DANNY HAMILTON                    )   STATES' MOTION FOR BENCH
                                      )   WARRANT**
19              Defendant.            )
                                      )
20  _____

21

22     I, DARIEN M. MEYER, hereby declare as follows:

23     1. I am a Law Clerk assigned to this case. I have received the following information from

24  officers employed by the Department of Homeland Security, Office of the Inspector General

25  ("DHS OIG") and from reports and other documents provided to me by DHS OIG.

26     2. Hurricane Katrina made landfall in the southeastern United States on August 29, 2005.

27  On or about September 15, 2005, defendant Danny Hamilton ("Hamilton") contacted the Federal

28

DECLARATION IN SUPPORT OF MOTION FOR WARRANT
Case No. CR-08-395-WDB

Emergency Management Agency (FEMA) and applied for Hurricane Katrina disaster assistance by providing false information including a false primary residence in New Orleans and claiming that his residence and personal property were damaged by Hurricane Katrina, his access to his residence was restricted due to the disaster, he had disaster-related essential needs for food, clothing, and shelter and he or his family members lost work or became unemployed due to the disaster.

3. When Hamilton applied for FEMA disaster assistance, he in fact resided in Richmond, California. The proof that he resided in Richmond, California, rather than New Orleans, Louisiana, is the following: (1) statements made by witnesses that Hamilton was living in Richmond, CA before, during, and after Hurricane Katrina hit New Orleans; (2) Hamilton's employment records showing that from January 6, 2005 through April 25, 2005 Hamilton was employed by Certified Safety Specialists LLC ("CSS") and listed his address in Richmond; (3) IRS records showing that Hamilton listed Richmond, CA addresses on both his 2004 and 2005 W-4 forms; (4) statements made by Hamilton's mother and brother that he did not live with them at 3611 2nd Street, Apartment A, New Orleans, LA 70125; (5) Hamilton's mother's FEMA application for Hurricane Katrina relief funds showing that she claimed that the occupants of 3611 2nd Street, New Orleans, LA were herself and four other family-members, but not the Defendant; and (6) Hamilton's own admission that he was residing in Richmond, CA when Hurricane Katrina hit New Orleans, LA.

4. On September 17, 2005, FEMA mailed Hamilton a letter that confirmed his application for Hurricane Katrina disaster assistance and asked him to certify that the information he provided to FEMA was correct. On October 12, 2005, Hamilton signed and returned to FEMA Form 90-69B, which certified as correct all the information he provided to FEMA, including his falsified New Orleans address.

5. Hamilton subsequently received disaster relief funds from FEMA in the amount of $20,443.51.

6. The U.S. Attorney's Office sent Hamilton, via certified mail, a copy of the criminal information as well as a copy of the order for summons to appear on July 23, 2008, at 10:00 a.m.

before the Honorable Magistrate Judge Wayne D. Brazil. Notice was sent to Hamilton at his Richmond address on June 23rd, 2008, but was returned on June 25, 2008, as the address forwarding time had expired. The materials were then sent to another Richmond address noted on the returned envelope. Hamilton failed to appear for the initial appearance scheduled on July 23, 2008. No cause or excuse for his absence was provided.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed July 24, 2008, at Oakland, California.

DARIEN M. MEYER
Law Clerk, United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR WARRANT
Case No. CR-08-395-WDB                       -3-

1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
2 | United States Attorney

3 | BRIAN STRETCH (CASBN 163973)
    Chief, Criminal Division

4 | MAUREEN C. BESSETTE (NYSBN 2468254)
5 | Assistant U.S. Attorney

6 |   1301 Clay Street, Suite 340S
7 |   Oakland, California 94612
      Telephone: (510) 637-3691
8 |   Fax: (510) 637-3724

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-08-395-WDB |
|---|---|
| Plaintiff, | **ORDER FOR WARRANT** |
| v. | |
| DANNY HAMILTON | |
| Defendant. | |

Good cause appearing, it is hereby ordered that a no bail arrest bench warrant shall immediately issue for the arrest of the defendant, Danny Hamilton. This Order is based on a finding by this Court that the facts set forth in the attached Declaration of Darien M. Meyer demonstrate probable cause that the defendant has committed the crimes with which he is charged, and that previous efforts by the government to obtain the defendant's appearance in court by giving notice have been unsuccessful. In light of these unsuccessful

//
//
//

ORDER FOR WARRANT
Case No. CR-08-395-WDB

1  efforts to procure the defendant's appearance by other means, this Court finds that a bench
2  warrant is necessary to secure the defendant's appearance in court on this charge.
3
4  IT IS SO ORDERED.
5
6  Dated: _____                    _____
                                            WAYNE D. BRAZIL
                                            United States Magistrate Judge

ORDER FOR WARRANT
Case No. CR-08-395-WDB                 -2-