JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CASBN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant U.S. Attorney

**FILED**

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3691
    Fax: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.  CR-08-395-WDB |
|     Plaintiff,         ) | **ORDER FOR WARRANT** |
|     v.              ) | |
| DANNY HAMILTON        ) | |
|     Defendant.      ) | |

    Good cause appearing, it is hereby ordered that a no bail arrest bench warrant shall immediately issue for the arrest of the defendant, Danny Hamilton.  This Order is based on a finding by this Court that the facts set forth in the attached Declaration of Darien M. Meyer demonstrate probable cause that the defendant has committed the crimes with which he is charged, and that previous efforts by the government to obtain the defendant's appearance in court by giving notice have been unsuccessful.  In light of these unsuccessful

//

//

//

ORDER FOR WARRANT
Case No. CR-08-395-WDB

1    efforts to procure the defendant's appearance by other means, this Court finds that a bench

2    warrant is necessary to secure the defendant's appearance in court on this charge.

3

4    IT IS SO ORDERED.

5    Dated: _7/25/08_

6                                                      WAYNE D. BRAZIL
                                                       United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FOR WARRANT
Case No. CR-08-395-WDB                    -2-